# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Theresa Passineau,

Plaintiff.

v.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 05681 RS

**TO:** (Name and address of defendant)

Mr. Steve Mudd, Social Worker
Family and Children Services
Department of Social & Employment Services
County of Monterey
1000 South Main Street, Suite 112
Salinas, Califonia 93901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jerome P. Mullins, SBN 057861
Attorney at Law
95 South Market Street, Suite 300
San Jose, California 95113
Voice: (408) 252-9937
Fax: (650) 685-5467

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

/s/ Betty Walton
(BY) DEPUTY CLERK

DATE NOV - 8 2007

## Proof of Service by Hand Delivery

I, Jerome P. Mullins, declare under penalty of perjury that the following facts are true and accurate:

I am a citizen of the United States, a resident of Santa Clara County, over the age of eighteen years, and not a party to the above-entitled action. My business address is 95 South Market Street, Suite 300, San Jose, California, 95113.

On Friday, November 9, 2007, I delivered copies of the *ORIGINAL COMPLAINT WITH SUMMONS* in the above-entitled case to the County of Monterey, California, and to Steve Mudd, Social Worker for the County of Monterey Department of Social & Employment Services,

by hand delivering copies to:

> Attn: Denise Pennel, Interim Clerk
> Clerk to the Board of Supervisors
> County of Monterey, State of California
> 168 West Alisal Street (First Floor)
> Salinas, California 93901
> Voice: (831) 755-5066

Further, on Tuesday, November 20, 2007, I delivered copies of the following documents in the above-entitled case to the County of Monterey, California, and to Steve Mudd, Social Worker for the County of Monterey Department of Social and Employment Services:

| | |
|---|---|
| Original complaint with Summons | General Order No. 53: Privacy |
| Order Setting Initial Case Management Conference and ADR deadlines | Form: Notice of Lawsuit and Request for Waiver of Service of Summons |
| Standing Order for all Judges of The Northern District of California (Contents of Case Management Statement) | Form: Waiver of Service of Summons |
| Standing Order Regarding Case management in Civil Cases | Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5 |
| Guidelines of the Northern District ("Welcome to the United States District Court for the Northern District of California, Clerk's Office, San Jose Division") | Form: ADR Certification by Parties and Counsel |

-- 1 --

Passineau v. Monterey County, Case No. C 07 05681 RS     Proof of Service by Hand Delivery

General Order No. 40: Prohibition of Bias

ECF Registration Information Handout

General Order No. 45: Electronic Case Filing

Notice of Electronic Availability of Case File Information

Form: Stipulation and [Proposed] Order Selecting ADR Process

Form: Notice of Need for ADR Phone Conference

Order of the Chief Judge in Re: Electronic Filing in Cases with Unrepresented Parties

by hand delivering copies to:

> Attn: Denise Pennel, Interim Clerk
> Clerk to the Board of Supervisors
> County of Monterey, State of California
> 168 West Alisal Street (First Floor)
> Salinas, California 93901
> Voice: (831) 755-5066

Dated: 11/21/07
at San Jose, California.

_____
Jerome P. Mullins
Attorney for Plaintiff
Theresa Passineau

-- 2 --

Passineau v. Monterey County, Case No. C 07 05681 RS

Proof of Service by Hand Delivery