# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Theresa Passehall,

                Plaintiff.

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# C07 05681 RS

**TO:** (Name and address of defendant)

Deputy Sheriff D. Foster
Sheriff's Office
County of Monterey
1414 Natividad Road
Salinas, Califonia 93906

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jerome P. Mullins, SBN 057861
Attorney at Law
95 South Market Street, Suite 300
San Jose, California 95113
Voice: (408) 252-9937
Fax: (650) 685-5467

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE NOV - 8 2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

## Proof of Service by Hand Delivery

I, Jerome P. Mullins, declare under penalty of perjury that the following facts are true and accurate:

I am a citizen of the United States, a resident of Santa Clara County, over the age of eighteen years, and not a party to the above-entitled action. My business address is 95 South Market Street, Suite 300, San Jose, California, 95113.

On Friday, November 9, 2007, I delivered copies of the *ORIGINAL COMPLAINT WITH SUMMONS* in the above-entitled case to the County of Monterey, California, and to D. Foster, Deputy Sheriff for the County of Monterey Sheriff's Department

by hand delivering copies to:

> Attn: Denise Pennel, Interim Clerk
> Clerk to the Board of Supervisors
> County of Monterey, State of California
> 168 West Alisal Street (First Floor)
> Salinas, California 93901
> Voice: (831) 755-5066

Further, on Tuesday, November 20, 2007, I delivered copies of the following documents in the above-entitled case to the County of Monterey, California, and to D. Foster, Deputy Sheriff for the County of Monterey Sheriff's Department:

| | |
|---|---|
| Original complaint with Summons | General Order No. 53: Privacy |
| Order Setting Initial Case Management Conference and ADR deadlines | Form: Notice of Lawsuit and Request for Waiver of Service of Summons |
| Standing Order for all Judges of The Northern District of California (Contents of Case Management Statement) | Form: Waiver of Service of Summons |
| Standing Order Regarding Case management in Civil Cases | Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5 |
| Guidelines of the Northern District ("Welcome to the United States District Court for the Northern District of California, Clerk's Office, San Jose Division") | Form: ADR Certification by Parties and Counsel |
| General Order No. 40: Prohibition of Bias | Form: Stipulation and [Proposed] Order Selecting ADR Process |
| ECF Registration Information Handout | Form: Notice of Need for ADR Phone |

-- 1 --

| | |
|---|---|
| General Order No. 45: Electronic Case Filing | Conference<br>Order of the Chief Judge in Re: Electronic Filing in Cases with Unrepresented Parties |
| Notice of Electronic Availability of Case File Information | |

by hand delivering copies to:

        Attn: Denise Pennel, Interim Clerk
        Clerk to the Board of Supervisors
        County of Monterey, State of California
        168 West Alisal Street (First Floor)
        Salinas, California 93901
        Voice: (831) 755-5066

Dated: 11/21/07
at San Jose, California.

                                            Jerome P. Mullins
                                            Attorney for Plaintiff
                                            Theresa Passineau