E-FILING

ADR

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FILED

2007 NOV 21 P 1:09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Theresa Passineau,

                            Plaintiff.      **SUMMONS IN A CIVIL CASE**

                                        CASE NUMBER:

V.

                                      **C07 05681 RS**

**TO:** (Name and address of defendant)

Ms. Sylvia Hernandez, Social Worker
Human Resources Agency/Family & Children's Services
County of Santa Cruz
1400 Emeline Avenue
Santa Cruz, California 95060

      **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jerome P. Mullins, SBN 057861
Attorney at Law
95 South Market Street, Suite 300
San Jose, California 95113
Voice: (408) 252-9937
Fax: (650) 685-5467

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                                  NOV - 8 2007
CLERK                                                             DATE

_(signature)_
(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

NOV 2007
RECEIVED
Clerk of the Board
County of Supervisors
County of Santa Cruz

# Proof of Service by Hand Delivery

I, Jerome P. Mullins, declare under penalty of perjury that the following facts are true and accurate:

I am a citizen of the United States, a resident of Santa Clara County, over the age of eighteen years, and not a party to the above-entitled action. My business address is 95 South Market Street, Suite 300, San Jose, California, 95113.

On Friday, November 9, 2007, I delivered copies of the *ORIGINAL COMPLAINT WITH SUMMONS* in the above-entitled case to the County of Santa Cruz, California, and to Sylvia Hernandez, Social Worker for the County of Santa Cruz Department of Social and Employment Services,

by hand delivering copies to:

> Clerk of the Board of Supervisors
> County of Santa Cruz, State of California
> 701 Ocean Street, Room 500
> Santa Cruz, California 95060
> Voice: (831) 454-2323
> Fax: (831) 454-2327

Further, on Tuesday, November 20, 2007, I delivered copies of the following documents in the above-entitled case to the County of Santa Cruz, California, and to Sylvia Hernandez, Social Worker for the County of Santa Cruz Department of Social and Employment Services:

| | |
|---|---|
| Original complaint with Summons | General Order No. 53: Privacy |
| Order Setting Initial Case Management Conference and ADR deadlines | Form: Notice of Lawsuit and Request for Waiver of Service of Summons |
| Standing Order for all Judges of The Northern District of California (Contents of Case Management Statement) | Form: Waiver of Service of Summons |
| Standing Order Regarding Case management in Civil Cases | Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5 |
| Guidelines of the Northern District ("Welcome to the United States District Court for the Northern District of California, Clerk's Office, San Jose Division") | Form: ADR Certification by Parties and Counsel |

-- 1 --

| | |
|---|---|
| General Order No. 40: Prohibition of Bias | Form: Stipulation and [Proposed] Order Selecting ADR Process |
| ECF Registration Information Handout | Form: Notice of Need for ADR Phone Conference |
| General Order No. 45: Electronic Case Filing | Order of the Chief Judge in Re: Electronic Filing in Cases with Unrepresented Parties |
| Notice of Electronic Availability of Case File Information | |

by hand delivering copies to:

> Clerk of the Board of Supervisors
> County of Santa Cruz, State of California
> 701 Ocean Street, Room 500
> Santa Cruz, California 95060
> Voice: (831) 454-2323
> Fax: (831) 454-2327

Dated: 11/21/07
at San Jose, California.

_____
Jerome P. Mullins
Attorney for Plaintiff
Theresa Passineau

-- 2 --

Passineau v. Monterey County, Case No. C 07 05681 RS                    Proof of Service by Hand Delivery