CHARLES J. McKEE          (SBN 152458)
County Counsel
IRVEN L. GRANT            (SBN 068950)
Deputy County Counsel
Office of the County Counsel
County of Monterey
168 West Alisal Street, 3rd Floor
Salinas, California   93901-2680
email: kirkbride@co.monterey.ca.us
Telephone:  (831) 755-5045
Facsimile:   (831) 755-5283

Attorneys for Defendants MONTEREY COUNTY JAIL and
MONTEREY COUNTY SHERIFF'S OFFICE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LOUISE PASSINEAU, | Case No.  C 07-05681 RS |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| MONTEREY COUNTY DEPARTMENT OF SOCIAL AND EMPLOYMENT SERVICES, ET AL., | |
| Defendants. | |
| _____/ | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## PROOF OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of 18 years and not a party to the within action. My business address is 168 West Alisal Street, 3rd Floor, Salinas, California.

On December 14, 2007, I served a true copy of the following document(s):

**CERTIFICATE OF SERVICE OF DEFENDANTS STEVE MUDD,
PAT MANNION AND D. FOSTER'S ANSWER TO PLAINTIFF'S COMPLAINT;
JURY TRIAL DEMANDED**

on the interested parties to said action by the following means:

[✘] **(BY MAIL)** By placing a true copy thereof, enclosed in a sealed envelope, for collection and mailing on that date following ordinary business practices, in the United States Mail at the Office of the County Counsel, 168 West Alisal Street, 3rd Floor, Salinas, California, addressed as shown below. I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence would be deposited with the United States Postal Service the same day it was placed for collection and processing.

[ ] **(BY HAND DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

[ ] **(BY EXPRESS MAIL)** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the Office of the County Counsel, to be delivered by **Express Mail**, to the address(es) shown below.

[ ] **(BY OVERNIGHT DELIVERY)** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the Office of the County Counsel, to be delivered by **Federal Express Mail**, to the address(es) shown below.

[ ] **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile machine, whose facsimile number is (831) 784-5978, to the interested parties to said action at the facsimile number(s) shown below. The facsimile transmission was reported as complete and without error. A copy of the transmission report was properly issued by the transmitting facsimile machine and is attached hereto.

[✘] **(BY E-FILING WITH THE U.S. DISTRICT COURT)** By submitting these documents for Electronic Case Filing, pursuant to Local Rule 5-4 and General Order 45, at the Office of the County Counsel, 168 West Alisal Street, 3rd Floor, Salinas, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 14, 2007, at Salinas, California.

/S/ Cecilia Zazueta
Cecilia Zazueta

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

**NAME(S) AND ADDRESS(ES) OR FAX NUMBER(S) OF EACH PARTY SERVED:**

Jerome P. Mullins
Attorney at Law
95 South Market Street, Suite 300
San Jose, California 95113
   *Attorneys for Plaintiff Theresa L. Passineau*