*E-FILED*
12/17/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LOUISE PASSINEAU, | No. C 07-05681 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| MONTEREY COUNTY DEPARTMENT OF SOCIAL AND EMPLOYMENT SERVICES, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Defendants County of Santa Cruz Human Resources Agency/Family & Children's Services and Sylvia Hernandez's Motion to Dismiss in the captioned matter is noticed for hearing on January 9, 2008 at 9:30 a.m.

All parties are directed to filed their consents or declinations no later than **Friday, December 21, 2007**.

Dated: December 17, 2007

For the Court,
RICHARD W. WEIKING, Clerk

By:  /s/ Martha Parker Brown
         Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Jessica Claudine Espinoza    jessica.espinoza@co.santa-cruz.ca.us, csl054@co.santa-cruz.ca.us

Irven Grant    granti@co.monterey.ca.us, mcfarlandc@co.monterey.ca.us

Jerome Pierce Mullins    alawyer@silicon-valley.com

Dated: December 17, 2007

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2