DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JESSICA C. ESPINOZA, State Bar No. 235941
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115

Attorneys for Defendants
COUNTY OF SANTA CRUZ HUMAN
RESOURCES AGENCY/FAMILY &
CHILDREN'S SERVICES AND
SYLVIA HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THERESA LOUISE PASSINEAU,<br><br>    Plaintiff,<br><br>v.<br><br>MONTEREY COUNTY DEPARTMENT OF SOCIAL AND EMPLOYMENT SERVICES, et. al.<br><br>    Defendants. | Case No. C07-05681 RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED**

**BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

///

1  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

4  Dated: December 18, 2007                DANA McRAE, COUNTY COUNSEL

By:  _____/S/_____
JESSICA C. ESPINOZA
Assistant County Counsel
Attorneys for Defendants COUNTY OF
SANTA CRUZ HUMAN RESOURCES
AGENCY/FAMILY & CHILDREN'S
SERVICES AND SYLVIA HERNANDEZ