CHARLES J. McKEE        (SBN 152458)
County Counsel
IRVEN L. GRANT          (SBN 068950)
Deputy County Counsel
Office of the County Counsel
County of Monterey
168 W. Alisal Street, 3rd Floor
Salinas, California  93901-2680
email: kirkbrideta@co.monterey.ca.us
Telephone:    (831) 755-5045
Facsimile:    (831) 755-5283

Attorneys for Defendants MONTEREY COUNTY DEPARTMENT OF SOCIAL & EMPLOYMENT SERVICES, STEVE MUDD, PAT MANNION, MONTEREY COUNTY SHERIFF'S DEPARTMENT, and D. FOSTER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LOUISE PASSINEAU, | Case No.  C 07-05681 RS |
| Plaintiff, | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| MONTEREY COUNTY DEPARTMENT OF SOCIAL AND EMPLOYMENT SERVICES, ET AL., | |
| Defendants. | |
| _____/ | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Richard Seeborg conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

/ / /

/ / /

/ / /

/ / /

1  DATED: December 18, 2007.        Respectfully submitted,

2                                    CHARLES J. McKEE, County Counsel

3

4                                    By    /S/ Irven L. Grant
                                         IRVEN L. GRANT, Deputy County Counsel
5
                                    Attorneys for Defendants MONTEREY COUNTY
6                                    DEPARTMENT OF SOCIAL & EMPLOYMENT
                                    SERVICES, STEVE MUDD, PAT MANNION,
7                                    MONTEREY COUNTY SHERIFF'S DEPARTMENT, and
                                    D. FOSTER
8

9  F:\WPWIN60\TXT\LIT\400 - Tort Lit\Passineau\Consent to Proceed Before Magistrate.wpd