Jerome P. Mullins
Attorney at Law
95 South Market Street, Suite 300
San Jose, California 95113
Voice: (408) 252-9937
Fax: (650) 685-5467

State Bar of California
Active Member Number 57861

Attorney for Plaintiff
THERESA LOUISE PASSINEAU

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LOUISE PASSINEAU,<br>    Plaintiff,<br><br>vs.<br><br><br><br>MONTEREY COUNTY DEPARTMENT<br>OF SOCIAL AND EMPLOYMENT;<br>SERVICES, et al.<br>    Defendants | No. C-07-05681 RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

   The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Court Judge.

Dated: _____    _____
                                 Jerome P. Mullins
                                 Attorney for Plaintiff
                                 Theresa Passineau

Passineau v. Monterey County;  Case No. C 07 05681 RS   Declination to Proceed Before a Magistrate Judge