# Proof of Service

I, JEROME P. MULLINS, declare under penalty of perjury that the following facts are true and accurate:

I am over the age of 18 years, and not a party to this action. My business address is 95 South Market Street, Suite 300, San Jose, California, 95113, and on the date executed below, I served the within document(s), to wit:

**Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Court Judge**

on the party and/or parties listed below in said action:

| | |
|---|---|
| Irven L. Grant<br>Deputy County Counsel<br>Office of the County Counsel<br>County of Monterey<br>168 West Alisal Street, 3rd Floor<br>Salinas, California 93901-2680<br>Voice: (831) 755-5045<br>Fax: (831) 755-5283 | Jessica C. Espinoza<br>Assistant County Counsel<br>Office of the County Counsel<br>County of Santa Cruz<br>701 Ocean Street, Room 505<br>Santa Cruz, California 95060<br>Voice: (831) 454-2040<br>Fax: (831) 454-2115 |
| (Attorney for Defendants MONTEREY COUNTY DEPARTMENT OF SOCIAL & EMPLOYMENT SERVICES, STEVE MUDD, PAT MANNION, MONTEREY COUNTY SHERIFF'S DEPARTMENT, AND DEPUTY SHERIFF D. FOSTER) | (Attorney for Defendants COUNTY OF SANTA CRUZ HUMAN RESOURCES AGENCY/FAMILY & CHILDREN'S SERVICES AND SOCIAL WORKER SYLVIA HERNANDEZ) |

☐ -- **(By Mail)** By placing a true copy thereof, enclosed in a sealed envelope, for collection and mailing on that date following ordinary business practices, in the United States Mail at the Law Offices of Jerome P. Mullins, 95 South Market Street, Suite 300, San Jose, California 95113, addressed as shown below. I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence would be deposited with the United States Postal Service the same day it was placed for collection and processing.

☐ -- **(By Overnight Delivery)** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the Law Offices of Jerome P. Mullins, to be delivered by **Federal Express Mail**, to the address(es) shown below.

☐ -- **(By Facsimile Transmission)** By transmitting a true copy thereof by facsimile machine, whose facsimile number is _____, to the interested parties to said action at the facsimile number(s) shown below. The facsimile transmission was reported as complete and without error. A copy of the transmission report was properly issued by the transmitting facsimile machine and is attached hereto.

☒ -- **(By E-Filing with the U.S. District Court)** By submitting these documents for Electronic Case Filing, pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Jerome P. Mullins, 95 South Market Street, Suite 300, San Jose, California 95113.

-- 1 --

Dated: _____          _____
at San Jose, California.                                          Jerome P. Mullins
                                                       Attorney for Plaintiff Theresa Passineau