# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THERESA LOUISE PASSINEAU, | C 07-05681 RS |
| Plaintiff(s), | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| VS. | |
| MONTEREY COUNTY DEPARTMENT OF SOCAL AND EMPLOYMENT SERVICES, ET AL, | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference which was previously set for February 27, 2008 before the Honorable Judge Richard Seeborg has been rescheduled for **March 3, 2008 @ 10:30 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on February 22, 2008

The parties are directed to contact Judge Ware's Courtroom Deputy to re-notice their Motions on Judge Ware's calendar.

Dated: December 20, 2007          RICHARD W. WIEKING,
                                  Clerk of Court

                                  /s/_____
                                  Martha Parker Brown
                                  Deputy Clerk