DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JESSICA C. ESPINOZA, State Bar No. 235941
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115

Attorneys for Defendants
COUNTY OF SANTA CRUZ HUMAN RESOURCES AGENCY/FAMILY & CHILDREN'S SERVICES AND SYLVIA HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| THERESA LOUISE PASSINEAU,<br><br>Plaintiff,<br><br>v.<br><br>MONTEREY COUNTY DEPARTMENT OF SOCIAL AND EMPLOYMENT SERVICES, et. al.<br><br>Defendants. | Case No. C07-05681 JW<br><br>**NOTICE OF RESCHEDULED HEARING DATE RE:**<br><br>**DEFENDANT COUNTY OF SANTA CRUZ'S MOTION TO DISMISS COMPLAINT** |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE THAT, Defendant County of Santa Cruz's Motion To Dismiss Complaint, previously scheduled for January 9, 2008, has been **rescheduled to March 10, 2007, at 9:00 am., in courtroom 8, 4th floor, before the Honorable James Ware.**

Dated:  December 20, 2007          DANA McRAE, COUNTY COUNSEL

                                   By: _____/S/_____
                                   JESSICA C. ESPINOZA, Assistant County Counsel
                                   Attorneys for Defendants COUNTY OF SANTA CRUZ HUMAN RESOURCES AGENCY/FAMILY & CHILDREN'S SERVICES AND SYLVIA HERNANDEZ