UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LOUISE PASSINEAU,<br><br>        Plaintiff(s),<br><br>  v.<br><br>MONTEREY COUNTY DEPARTMENT OF SOCIAL AND EMPLOYMENT SERVICES, ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C 07-05681 JW<br><br>CLERK'S NOTICE CORRECTING HEARING INFORMATION AND CONTINUING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT Defendants Monterey County Department of Social and Employment Services, Steve Mudd, Pat Mannion, Monterey County Sheriff's Department, D. Foster have improperly noticed the hearing information for their Motion to Dismiss. The correct hearing information is as follows: **March 10, 2008 at 9:00 AM in Courtroom 8, 4th Floor, San Jose before Judge James Ware**. The Court also notes that the case has been reassigned from a Magistrate Judge to the District Court Judge and should now list the District Court Judge's initials ("**JW**") following the respective case number. Further briefing papers should note this corrected hearing information.

The case management conference originally set for March 3, 2008 at 10:00 AM has been continued to **March 10, 2008 at 10:00 AM** in Courtroom 8, 4th Floor, San Jose before Judge James Ware. The parties are to submit a joint case management statement by February 29, 2008.

Dated: January 24, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
     Elizabeth Garcia
     Courtroom Deputy