```
CHARLES J. McKEE          (SBN 152458)
County Counsel
IRVEN L. GRANT            (SBN 068950)
Deputy County Counsel
Office of the County Counsel
County of Monterey
168 W. Alisal Street, 3rd Floor
Salinas, California 93901-2680
email: kirkbrideta@co.monterey.ca.us
Telephone:    (831) 755-5045
Facsimile:    (831) 755-5283
```

Attorneys for Defendants MONTEREY COUNTY DEPARTMENT OF SOCIAL & EMPLOYMENT SERVICES, STEVE MUDD, PAT MANNION, MONTEREY COUNTY SHERIFF'S DEPARTMENT, and D. FOSTER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LOUISE PASSINEAU,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MONTEREY COUNTY DEPARTMENT OF SOCIAL AND EMPLOYMENT SERVICES, ET AL.,<br><br>　　　　　　Defendants.<br>_____/ | Case No. C 07-05681 JW<br><br>AMENDMENT TO INCLUDE ADDITIONAL DEFENDANTS MONTEREY COUNTY DEPARTMENT OF SOCIAL AND EMPLOYMENT SERVICES AND MONTEREY COUNTY SHERIFF'S OFFICE TO NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT AND MOTION FOR A MORE DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT<br><br>Date:  March 10, 2008<br>Time:  9:00 AM<br>Dept.: Courtroom 8, 4th Floor |

　　　　On January 15, 2008, Defendants STEVE MUDD, PAT MANNION, and DIANE FOSTER (hereinafter collectively referred to as "Monterey County Defendants") filed their Notice of Motion and Motion to Dismiss Complaint and Motion for a More Definite Statement; Memorandum of Points and Authorities in Support. As set out in the Notice and Memorandum of Points and Authorities in support, Plaintiff had not yet served two additional Defendants MONTEREY COUNTY DEPARTMENT OF SOCIAL AND EMPLOYMENT SERVICES and MONTEREY COUNTY SHERIFF'S OFFICE. Counsel for Plaintiff indicated he intended to do so in the future. Aware that Co-Defendant County of

*Theresa L. Passineau v. Monterey County Dept. of Social & Employment Services, et al.*　　　Case No. C 07-05681 JW
Amendment to Include Additional Defendants to Notice of Motion and Motion to Dismiss Complaint
and Motion for a More Definite Statement　　　　　　　　　　　　　　　　　　　　　　　　　　1

1  Santa Cruz County's Notice of Motion and Motion to Dismiss Complaint and Motion for a More
2  Definite Statement; Memorandum of Points and Authorities in Support was already calendared and set
3  for hearing on March 10, 2008, Defendant's motion as to defendants actually served was filed so that all
4  motions could be heard at the same time.  The motion contained a provision that if Plaintiff served
5  Monterey County Department of Social and Employment Services and Monterey County Sheriff's
6  Office, they would include them within its motion.  Plaintiff has now served Monterey County
7  Department of Social and Employment Services and Monterey County Sheriff's Office and therefore as
8  provided for within Defendants' motion, Defendants request that the Court consider the motion to
9  include Defendants Monterey County Department of Social and Employment Services and Monterey
10 County Sheriff's Office as additional moving parties, as provided for within Defendants' Notice of
11 Motion at page 2, lines 10-13.

13 DATED:  January 31, 2008.              Respectfully submitted,

14                                        CHARLES J. McKEE, County Counsel

16                                        By     /S/ Irven L. Grant
                                                 IRVEN L. GRANT, Deputy County Counsel

18                                        Attorneys for Defendants MONTEREY COUNTY
                                          DEPARTMENT OF SOCIAL & EMPLOYMENT
                                          SERVICES, STEVE MUDD, PAT MANNION,
19                                        MONTEREY COUNTY SHERIFF'S DEPARTMENT, and
                                          D. FOSTER

22 F:\WPWIN60\TXT\LIT\400 - Tort Lit\Passineau\Mtn to DismissAmendment.wpd

*Theresa L. Passineau v. Monterey County Dept. of Social & Employment Services, et al.*     Case No. C 07-05681 JW
Amendment to Include Additional Defendants to Notice of Motion and Motion to Dismiss Complaint
and Motion for a More Definite Statement                                                                          2