# Proof of Service

I, JEROME P. MULLINS, declare under penalty of perjury that the following facts are true and accurate:

I am over the age of 18 years, and not a party to this action. My business address is 95 South Market Street, Suite 300, San Jose, California, 95113, and on the date executed below, I served the within document(s), to wit:

**Opposition of Plaintiff Theresa Passineau to Motions to Dismiss Complaint and for More Definite Statement of Monterey County Defendants**

on the party and/or parties listed below in said action:

Irven L. Grant
Deputy County Counsel
Office of the County Counsel
County of Monterey
168 West Alisal Street, 3rd Floor
Salinas, California 93901-2680
Voice: (831) 755-5045
Fax: (831) 755-5283

(Attorney for Defendants MONTEREY COUNTY DEPARTMENT OF SOCIAL & EMPLOYMENT SERVICES, STEVE MUDD, PAT MANNION, MONTEREY COUNTY SHERIFF'S DEPARTMENT, AND DEPUTY SHERIFF D. FOSTER)

Jessica C. Espinoza
Assistant County Counsel
Office of the County Counsel
County of Santa Cruz
701 Ocean Street, Room 505
Santa Cruz, California 95060
Voice: (831) 454-2040
Fax: (831) 454-2115

(Attorney for Defendants COUNTY OF SANTA CRUZ HUMAN RESOURCES AGENCY/FAMILY & CHILDREN'S SERVICES AND SOCIAL WORKER SYLVIA HERNANDEZ)

☒ -- **(By E-Filing with the U.S. District Court)** By submitting these documents for Electronic Case Filing, pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Jerome P. Mullins, 95 South Market Street, Suite 300, San Jose, California 95113.

☒ -- **(By Facsimile Transmission)** By transmitting a true copy thereof by facsimile machine, whose facsimile number is (650) 685-5467 to the interested parties to said action at the facsimile number(s) shown above. The facsimile transmission was reported as complete and without error. A copy of the transmission report was properly issued by the transmitting facsimile machine.

Dated:
at San Jose, California.

Jerome P. Mullins
Attorney for Plaintiff Theresa Passineau

-- 1 --

Passineau v. Monterey County, Case No. C 07 05681 RS                    Proof of Service