IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Theresa Louise Passineau, | NO. C 07-05681 JW |
|       Plaintiff,<br>v. | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| Monterey County Department of Social and Employment Services, et al., | |
|       Defendants.      / | |

On its own motion, the Court continues the hearing on Defendants' Motions to Dismiss presently set for March 10, 2008 to **March 17, 2008 at 9 a.m.**

Dated: February 27, 2008

                                                    JAMES WARE<br>
                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Irven Grant granti@co.monterey.ca.us
Jerome Pierce Mullins alawyer@silicon-valley.com
Jessica Claudine Espinoza jessica.espinoza@co.santa-cruz.ca.us

**Dated: February 27, 2008**                    **Richard W. Wieking, Clerk**

                                                 **By:  /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California