IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Theresa Louise Passineau, | NO. C 07-05681 JW |
| Plaintiff,<br>v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Monterey County Department of Social and Employment Services, et al., | |
| Defendants. | |

In light of the continuance of the hearing on Defendants' various motions, the Court VACATES the Case Management Conference presently scheduled for March 10, 2008. The Court will set a new conference date in its Order addressing Defendants' motions.

Dated: March 5, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Irven Grant granti@co.monterey.ca.us
Jerome Pierce Mullins alawyer@silicon-valley.com
Jessica Claudine Espinoza jessica.espinoza@co.santa-cruz.ca.us

**Dated:  March 5, 2008**                                        **Richard W. Wieking, Clerk**

                                                                  **By:   /s/ JW Chambers**
                                                                         **Elizabeth Garcia**
                                                                         **Courtroom Deputy**