UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## CIVIL MINUTES

**Judge:** James Ware
**Date:**   3/17/2008
**Case No.:** C-07-05681 JW
**Related Case No.:** N/A

**Courtroom Deputy:**  Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:**  N/A

## TITLE

**Theresa Passineau v. Monterey County Department of Social and Employment Services et al**

**Attorney(s) for Plaintiff(s):** Jerome Mullins
**Attorney(s) for Defendant(s):** Jessica Espinoza, Irven Grant

## PROCEEDINGS

1. Defendants' Motion to Dismiss Complaint and    Motion for a More Definite Statement [Doc. 7, 21]
2. Defendant's Motion to Amend Motion to Dismiss re Doc. 21 [Doc. 26]

## ORDER AFTER HEARING

Hearing held. The Court took the matter under submission after oral argument.  The Court to issue further order following hearing on Respondent's Motion to Dismiss.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: