**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LOUISE PASSINEAU, | No. C 07-05681 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING MOTION HEARING |
| MONTEREY COUNTY DEPARTMENT OF SOCIAL AND EMPLOYMENT SERVICES, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motions to Dismiss before Judge James Ware previously noticed for August 11, 2008 at 9:00 AM have been reset to **October 20, 2008 at 9:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated:  June 26, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by:    /s/
Elizabeth Garcia
Courtroom Deputy