IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Theresa Louise Passineau, | NO. C 07-05681 JW |
|         Plaintiff,<br>  v.<br>Monterey County Department of Social and<br>Employment Services, et al.,<br>        Defendants. | **ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

In light of the parties' representations in their Joint Case Management Statement,[1] the Court CONTINUES the Case Management Conference presently scheduled for July 7, 2008 to **October 20, 2008 at 10 a.m.** so as to coincide with the hearing on Defendants' Motions to Dismiss Plaintiff's Amended Complaint. (Docket Item Nos. 42, 43.)

Dated: July 3, 2008

JAMES WARE
United States District Judge

---

[1] In the Joint Statement, the parties expressed concern over what the Court acknowledges is a typographical error on page 11 of its May 22, 2008 Order. This error is harmless in light of the filing of an Amended Complaint. To the extent necessary, the Court will correct the error in responding to Defendants' present motions to dismiss.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Irven Grant granti@co.monterey.ca.us
Jerome Pierce Mullins alawyer@silicon-valley.com
Jessica Claudine Espinoza jessica.espinoza@co.santa-cruz.ca.us

**Dated: July 3, 2008**                         **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California