IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Theresa Louise Passineau, | NO. C 07-05681 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Monterey County Department of Social and Employment Services, et al., | |
| Defendants. | |

The Case Management Conference currently scheduled for October 20, 2008 is VACATED. The Court will set a new conference date in its Order addressing the various motions to dismiss.

Dated: October 16, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Irven Grant granti@co.monterey.ca.us
Jerome Pierce Mullins alawyer@silicon-valley.com
Jessica Claudine Espinoza jessica.espinoza@co.santa-cruz.ca.us

**Dated:   October 16, 2008**                              **Richard W. Wieking, Clerk**

                                                           **By:  /s/ JW Chambers                **
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**