Jerome P. Mullins, SBN 057861
Attorney at Law
95 South Market Street, Suite 300
San Jose, California 95113
Voice: (408) 252-9937
Fax: (650) 685-5467

Attorney for Plaintiff
THERESA LOUISE PASSINEAU

IT IS SO ORDERED
*Judge James Ware*
4/22/2009

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LOUISE PASSINEAU, | ) |
| Plaintiff, | ) |
| | ) No. C 07-05681 JW |
| vs. | ) |
| | ) **STIPULATION OF DISMISSAL** |
| MONTEREY COUNTY DEPARTMENT | ) |
| OF SOCIAL AND EMPLOYMENT; | ) |
| SERVICES; ET AL., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: 04·10·09    By: _____
                        THERESA LOUISE PASSINEAU, PLAINTIFF

Dated: 4/10/09    By: _____
                        JEROME P. MULLINS, Attorney at Law
                        Attorney for Plaintiff THERESA LOUISE PASSINEAU

Dated: 4/10/09    By: _____
                        IRVEN L. GRANT, Deputy County Counsel
                        Attorneys for Defendants MONTEREY COUNTY
                        DEPARTMENT OF SOCIAL & EMPLOYMENT SERVICES,
                        STEVE MUDD, PAT MANNION, MONTEREY COUNTY
                        SHERIFF'S DEPARTMENT, and DIANE FOSTER

**IT IS SO ORDERED:**

Defendants Monterey County Department of Social and Employment Services, Steve Mudd, Pat Mannion, Monterey County Sheriff's Department, and Diane Foster are DISMISSED with prejudice.

Dated: April 22, 2009

_____
United States District Judge James Ware