**United States District Court**
For the Northern District of California

| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| | SAN JOSE DIVISION |

Theresa Passineau,                                                    NO. C 07-05681 JW

        Plaintiff,                                              **JUDGMENT**
  v.

Monterey County Department of Social and
Employment, et al.,

        Defendants.
                                                /

      Pursuant to the Court's December 17, 2008 Order dismissing Plaintiff's causes of action against Defendants Santa Cruz County Human Resources Agency and Family and Children's Services and Sylvia Hernandez with prejudice, judgment is entered in favor of Santa Cruz County Human Resources Agency/Family and Children's Services and against Plaintiff Theresa Passineau.

      Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: July 1, 2009

                                                          JAMES WARE
                                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Irven L. Grant granti@co.monterey.ca.us
Jerome Pierce Mullins alawyer@silicon-valley.com
Jessica Claudine Espinoza jessica.espinoza@co.santa-cruz.ca.us

**Dated:  July 1, 2009**                                  **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
          **Elizabeth Garcia**
          **Courtroom Deputy**

**United States District Court**
For the Northern District of California